IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Barbara A

Printed: 6/3/08

Case Number: 07 B 12267
Judge: Wedoff, Eugene R
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,600.00 |  |
| Secured: |  | 1,513.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 86.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,911.20 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 11,166.03 | 1,513.60 |
| 4. | Cook County Treasurer | Secured | 2,242.44 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 5,211.00 | 0.00 |
| 6. | Emerge Mastercard | Unsecured | 86.26 | 0.00 |
| 7. | St Margaret Mercy Hospital | Unsecured | 121.04 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 25.80 | 0.00 |
| 9. | Payday Loan | Unsecured | 400.15 | 0.00 |
| 10. | Ingalls Memorial Hospital | Unsecured | 442.52 | 0.00 |
| 11. | Freedom Card | Unsecured | 184.48 | 0.00 |
| 12. | CB USA | Unsecured | 122.21 | 0.00 |
| 13. | NCO Financial Systems | Unsecured | 785.58 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 319.27 | 0.00 |
| 15. | B-Real LLC | Unsecured | 781.50 | 0.00 |
| 16. | Monroe Medical Associates | Unsecured | 48.90 | 0.00 |
| 17. | Lake Imaging LLC | Unsecured | 152.30 | 0.00 |
| 18. | Hammond Radiologist | Unsecured | 6.97 | 0.00 |
| 19. | Creditors Alliance Inc | Unsecured |  | No Claim Filed |
| 20. | AT&T | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | Direct Tv | Unsecured |  | No Claim Filed |
| 23. | Card Protection Association | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Barbara A

Printed: 6/3/08

Case Number: 07 B 12267
Judge: Wedoff, Eugene R
Filed: 7/10/07

| | | | | |
|---|---|---|---|---|
| 26. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 27. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 28. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 29. | Safeway | Unsecured | | No Claim Filed |
| 30. | Payday Loan | Unsecured | | No Claim Filed |

$ 24,007.65         $ 1,513.60

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 86.40 |

$ 86.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_